RE: Manuel Blanco          **PRO SE**          Case # 17-10937 LMI

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

\_\_ ax returns.
\_\_ Need DL
✓ Photo ID(s)     LF 90     LF67     LF10
✓ Bank Account Statements   ~~3 months pre-petition~~
\#7721 (12/10-1/26)
\#6883 (1/1-1/26)
\_\_ Domestic Support Info: name address and phone
\_\_ Affidavit of Support
✓ 2016(B), SOFA #16 and Plan do not match
✓ Other provisions Income Verification Language
\_\_ Check copy
\_\_ Plan does not fund
\_\_ Explain W/D
\_\_ Calculation errors/improper months
✓ FMV(NADA/Carmax), Reg and [Payoff] Vehicles
\_\_ Valuation motion has not been filed
\_\_ LMM/MMM motion not filed
✓ FMV and Payoff: Real Estate
\_\_ Reaffirm, redeem or surrender Sch D & G creditor
       PAYOFF- 2450
\_\_ Creditor on plan not listed in Schedules or no filed POC
\_\_ Non homestead information Sheet
\_\_ Priority debt on Sch E not in plan
\_\_ Wage deduction order or motion to waive
\_\_ Object or Conform to Proof of Claim

**BUSINESS DEBTOR DOCUMENTS**
\_\_ BDQ & attachments    Profit & Loss    Balance Sheet
\_\_ Miami-Dade County    \_\_ Tax Certificate(DE#\_\_)
\_\_ Bank statements and checks    3 months
\_\_ Dept of Revenue    \_\_ IRS

\_\_ Other:

\_\_ Fee application (see court guideline 6)
✓ Objection to Exemption (specifics to be filed)
\_\_ Income understated \_\_\_ stubs \_\_\_ taxes
    To be heard with confirmation at 1:30 pm
\_\_ co-debtor \_\_\_ stubs \_\_\_ taxes
\_\_ Ch 7 s/b \_\_\_ plus tax refund / valuations
\_\_ Spouse's pay advices/spouse's wages not disclosed
\_\_ Good faith to unsecured
\_\_ Proof of household size (government ID w/ address) and income of all adults
\_\_ Expenses: documentation/calculation: CMI line
\_\_ Best effort < 36 months < 60 months
✓ Expenses objectionable: Sch J ☐ Provide Proof   18
\_\_ CMI/DI \_\_\_ x 60 =
\_\_ D/I > 100%   < 90%   Feasibility
☐ Plus income/expenses issues ☐ Trustee est. $
\_\_ Info on transfer SOFA \_\_\_ undisclosed
\_\_ Undervalued collateral should be crammed down
\_\_ Tolling Agreement(s)

Other: _____

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

**IMPORTANT NOTICE REGARDING CONFIRMATION:** *IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* \*\**The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on** 3/17/17 **to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027